1  Name: Thomas C.Papst

2  Address: 25 Longfellow Circle
   Salinas CA. 93906
3
   Phone Number: (831) 210-1084
4
   E-mail Address: TPapst@aol.com
5  *Pro Se*

6

7              UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA
8  THOMAS C. PAPST                              4:20-cv-00638-HSG
                                        )   Case Number: 5:20-cv-00638-SVK
9                                       )
                                        )   [PROPOSED] ORDER GRANTING
10                                      )   MOTION FOR PERMISSION FOR
                   Plaintiff,           )   ELECTRONIC CASE FILING
11                                      )
       vs.                              )   DATE:
12                                      )   TIME:
   CIGNA LIFE INSURANCE COMPANY         )   COURTROOM:
13 OF NEW YORK                          )   JUDGE:
                                        )
14                 Defendant.           )

15

16       The Court has considered the Motion for Permission for Electronic Case Filing.  Finding

17 that good cause exists, the Motion is GRANTED.

18

19       IT IS SO ORDERED.

20
   DATED: FEB 1 8 2020
21
                                        *Haywood S. Gill Jr.*
22
                                   United States District ~~Magistrate~~ Judge
23

24

25

26

27

28

RECEIVED

FEB 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE