UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Charles Papst<br><br>Plaintiff(s)<br>v.<br>CIGNA Life Insurance Company<br>of New York<br><br>Defendant(s) | CASE No C 4:20-cv-00638-HSG<br><br>**AMENDED**<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)


The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: May 5, 2020                In Pro Per */s/ Thomas Charles Papst*
                                          Attorney for Plaintiff
Date: May 5, 2020                */s/ Anna M. Martin*
                                          Attorney for Defendant


☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

*Haywood S. Gilliam Jr.*

DATE: 5/6/2020                   U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*