| | |
|---|---|
| 1 | Heather E. Horn (Bar No. 318242) |
|   | hhorn@mmhllp.com |
| 2 | MESERVE, MUMPER & HUGHES LLP |
|   | 1000 Wilshire Boulevard, Suite 1860 |
| 3 | Los Angeles, California 90017-2457 |
|   | Telephone: (213) 620-0300 |
| 4 | Facsimile: (213) 625-1930 |
| 5 | Attorneys for Defendant |
|   | CIGNA LIFE INSURANCE COMPANY OF NEW YORK |
| 6 | |
| 7 | THOMAS CHARLES PAPST (PRO SE) |
|   | tpapst@aol.com |
|   | 25 Longfellow Cricle |
| 8 | Salinas, CA 93906 |
|   | Telephone: (831) 210-1084 |
| 9 | |
|   | Attorneys for Plaintiff |
| 10 | THOMAS CHARLES PAPST (PRO SE) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, (OAKLAND)**

| | | |
|---|---|---|
| THOMAS CHARLES PAPST, | ) | Case No. 4:20-cv-00638-HSG |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** |
| vs. | ) | **[PROPOSED] ORDER THEREON** |
| | ) | |
| CIGNA LIFE INSURANCE COMPANY OF NEW YORK, | ) | Judge: Haywood S Gilliam, Jr. |
| | ) | Ctrm: 2, 4th Floor |
| Defendant. | ) | Complaint Filed: January 28, 2020 |

IT IS HEREBY STIPULATED, by and between Plaintiff THOMAS CHARLES PAPST and Defendant CIGNA LIFE INSURANCE COMPANY OF NEW YORK, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each Party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

The Parties seek the Court's approval of the dismissal of the action with prejudice.

**IT IS SO STIPULATED.**

Dated: July 23, 2020  Thomas Charles Papst

By: */s/ Thomas Charles Papst*
Thomas Charles Papst
Plaintiff in PRO SE

Dated: July 23, 2020  MESERVE, MUMPER & HUGHES LLP
Heather E. Horn

By: */s/ Heather E. Horn*
Heather E. Horn
Attorneys for Defendant CIGNA LIFE
INSURANCE COMPANY OF NEW YORK

### Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

***ORDER***

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 4:20-cv-00638-HSG, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated:     7/24/2020

_____
Hon. Haywood S Gilliam, Jr.
United States District Court Judge